UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

LORETTA N. BANSAVICH d/b/a
LORI'S MOBIL

       v.                                          3:07CV702(WWE)

McLANE COMPANY, INC.

## J U D G M E N T

This matter came on before the Honorable Warren W. Eginton, Senior United States District Judge, as a result of defendant's motion to dismiss.

The Court has reviewed all of the papers filed in conjunction with the motion and on October 31, 2008, a Memorandum of Decision was filed granting the motion as to the federal claims and declining to exercise supplemental jurisdiction over the state-law claims dismissing them without prejudice.

Therefore, it is ORDERED and ADJUDGED that judgment is entered for the defendant and the case is closed.

Dated at Bridgeport, Connecticut, this 5th day of November, 2008.

                                        ROBERTA D. TABORA, Clerk

                                        By _____/s/_____
                                              Deborah A. Candee
                                              Deputy Clerk

Entered on Docket _____